IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-05-187-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | |
| JACK LESLIE LARSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has before it a Report and Recommendation filed by the United

States Magistrate Judge. (Docket No. 57). On November 17, 2005, Defendant

Jack Leslie Larson appeared before the Magistrate Judge to enter a change of plea

pursuant to a written plea agreement. The Magistrate Judge conducted the plea

hearing and concluded there is a factual basis for Defendant's plea of guilty to

Count Two of the Superseding Indictment (Docket No. 33), and that it was entered

voluntarily and with full knowledge of the consequences. The Court shall dismiss

Counts One, Three, and Four of the Superseding Indictment. (Docket No. 33). No

objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, has reviewed the pre-sentence

report, and finds that the requirements of Rule 11 have been met. *See United*

**Order - 1**

Superseding Indictment.  (Docket No. 33).

DATED: 3rd

_____
LARRY A. BURNS
Judge, United States District Court
For the Southern District of California

**Order - 3**