IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACK LESLIE LARSON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR-05-187-S-BLW <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge. (Docket No. 57). On November 17, 2005, Defendant Jack Leslie Larson appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to Count Two of the Superseding Indictment (Docket No. 33), and that it was entered voluntarily and with full knowledge of the consequences. The Court shall dismiss Counts One, Three, and Four of the Superseding Indictment. (Docket No. 33). No objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, has reviewed the pre-sentence report, and finds that the requirements of Rule 11 have been met. *See United*

**Order - 1**

Superseding Indictment. (Docket No. 33).

DATED: 3rd

LARRY A. BURNS
Judge, United States District Court
For the Southern District of California

**Order - 3**